IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TROY ADAM SHADE,

    Plaintiff,

v.                                  Civ. No. 19-259-RGA

PETER J. WELSH, et al.,

    Defendants.

## ORDER

At Wilmington this 17 day of September, 2019, having considered Plaintiff's motion for reconsideration (D.I. 8);

IT IS ORDERED that:

1. The motion for reconsideration is **DENIED**. (D.I. 8).

2. Should Plaintiff wish to continue with this action he shall, within thirty days from the date this order is sent, complete, sign and return to the Clerk of Court, the previously provided authorization form allowing the agency having custody of him to forward all payments required by 28 U.S.C. § 1915(b)(2) to the Clerk of Court. The case will remain closed should Plaintiff fail to return the signed authorization form to the Clerk of Court within thirty days from the date this order is sent. There will be no further extensions.

                                                              /s/ Richard G. Andrews
                                                           UNITED STATES DISTRICT JUDGE